IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Abrams, ) | No. CV-05-1983-PHX-FJM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Joseph Arpaio, ) | |
| Defendant. ) | |

The court has before it the Report and Recommendation of the United States Magistrate Judge (doc. 6), recommending that plaintiff's complaint be dismissed with prejudice pursuant to Rule 41(b), Fed. R. Civ. P.  No objections to the Report and Recommendation were filed.

The court accepts the recommended decision of the United States Magistrate Judge within the meaning of Rule 72(b), Fed. R. Civ. P.  Accordingly, **IT IS ORDERED DISMISSING** plaintiff's complaint with prejudice (doc. 1).

DATED this 19th day of June, 2006.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge